FILED
2013 JUN 12 PM 3 19
U.S. DISTRICT COURT
NEW HAVEN, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### COMPLAINT FORM

Tammy A. Stroud

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3:13CV 841 (JBA)
(To be supplied by the Court)

v.

Mohegan Tribal
Gaming Authority / Agents
Counsel - Rome McGuan, Andrew Houlding esq.

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. Tammy A. Stroud is a citizen of Connecticut who
   (Plaintiff)                            (State)
   presently resides at 162 Vivian Street, Waterford, CT 06385
                        (mailing address)

2. Defendant Mohegan TGA is a citizen of Uncasville, CT
             (name of first defendant)              (State)
   whose address is 1 Mohegan [scribbled] Blvd
   Uncasville, CT 06382

3. Defendant __Corrorate Costs / Agents__ is a citizen of __Massachusetts__
   (name of second defendant)                                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

__Section 16(b) of the Fair Labor Standards Act__

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Back Wages -- I worked for my employer. I worked to meet the expectations of my employer. I was not paid wages that I am due.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** I was not paid my fair wages. I earned my wages. The abusive condition where out of control and I feel I am due my earnings. I went above and beyond for my company.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

MTGA — is a company that runs the casino for the Mohegan Tribe of CT. The Native American of the United States, with whom we respect and love. "Corporate Costs" — Agent and/or Others — is a company I believe is an Agent of the MTGA which I would consider a third-party. It is located in Massachusetts.

"3 sets of books" where kept of times. They were:
1) gaming licience/time card  2) sledge card  3) prompted sign-in sheets as well as time needed to get to the casino via shuttle buses and to department locations. Which is not shown.

**Claim II:** Intimidation/Targeting/Dual Penalties — Point System which could sabatage even the most articulate and impeciable work ethics an employee could have and attain. ~~[scribbled out]~~

Supporting Facts: And is stressful.
- Supporting facts are CTDOL records of terminations that has lost livilhoods, unjustly/fraud-ulently.
- not to mettion the unreported persons, whom new not what to do, or where to go for help.

✓ with my personal good faith efforts to get my own personnel files, and records have been exhausted, my company, where I was employed named Mohegan Sun Casino, ran by MTGA/agents. Human Resources, and counsel for the casino, Mr. Andrew Houlding of Rome

✓ Secretary of Department of Labor, WHD Investigation.

### E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
   ✓ Yes ___ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit:

   Plaintiff(s): Tammy A. Stroud

   Defendant(s): Mohegan Tribal Gaming Authority

   b. Name and location of court and docket number: 3:13 CV 776 (JBA) 141 Church St. US District Court New Haven CT

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) Pending: recommend order of dismissal

   d. Issues raised: false and misleading information to federal agencies, false and deceptive practices, policy of company is not follow, wilful misconduct by Respondant, no respect for employees, brainwashing and bullying tactics that are fraudulent and defamation of character. no where to turn. "Red Flag" Somethings not right.

e. Approximate date of filing lawsuit: 30 May 2013

f. Approximate date of disposition: N/A

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

N/A

## F. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

defered

## G. JURY DEMAND

Do you wish to have a jury trial? Yes ___ No ___

I feel the compact Connecticut vs Mohegan Tribe is broken. Sometimes as people, we do not know how this could have gotten out of hand. I pray for discernment. I make no demand of Jury. Just a moment of silence for understanding. A time of prayer, reflection; yes, it would be interesting to hear what the people think. To be able to experience democray. Which I question what is the Mohegan Tribe of Connecticut? Many employees have the right to know.

| | |
|---|---|
| _____ | *Tammy Stroud* |
| Original signature of attorney (if any) | **Plaintiff's Original Signature** |
| _____ | Tammy Stroud |
| Printed Name | Printed Name |
| | 62 Vivian St. |
| | Waterford, CT 06385 |
| ( ) | (860-949-4330 |
| Attorney's full address and telephone | Plaintiff's full address and telephone |
| _____ | _____ |
| Email address if available | Email address if available |

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                     (location)                              (date)

_____
**Plaintiff's Original Signature**

(Rev.9/22/09)

**U.S. Department of Labor**

Wage and Hour Division
Wm. Cotter Federal Building
135 High St., Room 210
Hartford, CT 06103
Telephone: (860) 240-4160
Fax: (860) 240-4029



March 22, 2013

Ms. Tammy Stroud
62 Vivian St.
Waterford, CT 06385

Dear Ms. Stroud:

This letter is in regard to the complaint you registered against: Mohegan Sun Casino

The status of your complaint is as indicated:

[ ]   Your complaint was recently assigned to me. I anticipate starting an investigation within the next 30 days.

[ ]   An investigation is currently in progress. At the conclusion you will be notified.

[ ]   We have forwarded the case to the U.S. Department of Labor attorneys to review its suitability for litigation.

[ ]   The case file has been forwarded to the Wage-Hour District Office closest to the main office of the employer for further investigation.

[ ]   Please call me at the number indicated above. Leave your phone number(s) as well as a good time to reach you, if I am not in when you call.

[X]   Based on our investigation, there are no violations and our case is closed. We are unable to take any further action. During our telephone discussion on March 15, 2013, as well as during earlier conversations between you and Investigator Heather Callahan, you were notified of such. You were also notified of your right to private action under Section 16(b) of the Fair Labor Standards Act and you were also referred to the Connecticut Legal Aid Society.

Sincerely,

Neil T. Patrick
District Director