**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of _Connecticut_

File Number _____

_Stroud_ ) 
    Plaintiff, ) 
v. )    Notice of Appeal 
) 
_Monegan Tribal_ ) 
    Defendant. ) 

[Stamp: FILED 2013 SEP 4 PM 12:25 U.S. DISTRICT COURT NEW HAVEN, CT.   3:13-CV-841(JBA)]

Notice is hereby given that _Tammy A. Stroud_, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the _Second_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _31_ day of _August_, 19_2013_

/s/ _Tammy A. Stroud, pro se_
Attorney for
_62 Vivian Street_
Address:
_Waterford, CT 06385_

*See Rule 3(c) for permissible ways of identifying appellants

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TAMMY STROUD

v.                                              CIVIL NO. 3:13cv 841 (JBA)

MOHEGAN TRIBAL GAMBING
AUTHORITY
ROME McGURAN
ANDREW HOULDING

## JUDGMENT

This cause came on for consideration on the plaintiff's complaint and motion for In Forma Pauperis before the Honorable Janet Bond Arterton, United States District Judge and the Honorable Joan G. Margolis, United States Magistrate Judge.

The Court has considered all of the papers filed in this action and on June 19, 2013 the Court granted the motion for in forma pauperis, but recommends that the action be dismissed.

The Court has considered all of the papers filed in this action and on August 19, 2013 this Court APPROVES AND ADOPTS the Recommended Ruling, absent objection and after extension of time was granted.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the plaintiff's complaint is dismissed   and the case is closed.

Dated at New Haven, Connecticut, this 19th day of August, 2013

ROBIN D. TABORA, CLERK

By_____/s/_____

Betty J. Torday, Deputy Clerk

EOD__8/19/13

T-1080

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

Each motion must be accompanied by a supporting affidavit with statement of issues. (Local Rule 27(a))
Include brief statement of facts with page references to the moving papers.

RECEIVED SEP 04 2013
U.S. DISTRICT COURT
NEW HAVEN, CT

Tammy A Stroud
v.s
Mohegan Tribal Gaming Authority
Andrew Houlding, Corporate Costs Agents
Use short title

Docket Number: 3:13-CV-841 (JBA)

MOTION INFORMATION FORM

Motion for: Objection / Appeal

MOTION BY: (Name, address and tel. no. of law firm and of attorney in charge of case)
Tammy A Stroud   860-949-4330
62 Vivian Street
Waterford, CT 06385

OPPOSING COUNSEL: (Name, address and tel. no. of law firm and attorney in charge of case)

Has consent of opposing counsel:
A. been sought? ☐ Yes ☑ No
B. been obtained? ☐ Yes ☑ No

Has service been effected? ☐ Yes ☑ No
Is oral argument desired? ☐ Yes ☑ No
(Substantive motions only)

Requested return date: 31 Sept 2013
(See Second Circuit Rule 27(b).)

Has argument date of appeal been set:
A. by scheduling order? ☐ Yes ☐ No
B. by firm date/argument notice? ☐ Yes ☐ No
C. If yes, enter date: _____

**EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below? ☐ Yes ☑ No
(See F.R.A.P. Rule 8.)

Any previous request for similar relief made to the 2nd Circuit? ☐ Yes ☑ No

Would expedited appeal eliminate need for this motion? ☐ Yes ☑ No
If no, explain why not:

Will the parties agree to maintain the status quo until the motion is heard? ☐ Yes ☐ No

Judge or agency whose order is being appealed: Honorable Joan G. Margolis, USMJ

Brief statement of the relief requested: Granted in forma pauperis, need counsel to proceed. approval from DOL WHD (in records) Is counsel appointed by court? Motion for appointment of Counsel for appeal/objection process.

By: (Signature of Attorney) Tammy A Stroud pro se
Signed name must be printed beneath.

Tammy A Stroud
Date: 31 August 2013

Appearing for: (Name of Party)

Appellant or Petitioner: ☑ Plaintiff ☐ Defendant
Appellee or Respondent: ☐ Plaintiff ☐ Defendant

**ORDER**

Kindly leave this space blank.

BEFORE:

IT IS HEREBY ORDERED that the motion be and it hereby is    granted    denied.

For the Court:
ROSEANN B. MACKECHNIE, CLERK

Date                                        By: