D. Conn.<br>
13-cv-841<br>
Arterton, J.<br>
Margolis, M.J.

# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand fourteen.

Present:

Dennis Jacobs,
Raymond J. Lohier, Jr.,
Christopher F. Droney,
*Circuit Judges.*

---

Tammy A. Stroud,

*Plaintiff-Appellant*,

v.                                                                13–3326

Mohegan Tribal Gaming Authority, *et al.*,

*Defendants-Appellees*.

---

Appellant, *pro se*, moves for appointment of counsel. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED as the Appellant waived her right to appellate review by failing to object to the magistrate judge's report and recommendation and has failed to demonstrate that the Court should excuse her waiver in the interests of justice. *See Roldan v. Racette*, 984 F.2d 85, 89 (2d Cir. 1993).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/01/2014